1  Glenn Kenna, 305092
2  gkenna@curtislegalgroup.com
   Curtis Legal Group
3  A Professional Law Corporation
4  1300 K St., Suite B
   P. O. Box 3030
5  Modesto, CA  95353
6  Telephone:  (209) 521-1800
7  Facsimile:   (209) 572-3501

8  Attorney for Plaintiff Carmen Yolanda Aguilar

| CARMEN YOLANDA AGUILAR, | Case Number: 2:18CV-02856-wbs-ac |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 TO 100, | |
| Defendant. | |

Plaintiff Carmen Aguilar and Defendant Globe Life and Accident Insurance Company hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: November 27, 2018      Curtis Legal Group, A Professional Law Corporation

By: /S/ Glenn Kenna_____
Attorney for Plaintiff Carmen Aguilar

DATED: November 27, 2018      HINSHAW & CULBERTSON LLP
By: /S/ Larry Golub_____
LARRY M. GOLUB
Attorney for defendant Globe Life
And Accident Insurance Company

STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL